UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTOINETTE V. CROSBY,<br><br>            Plaintiff,<br><br>     v.<br><br>WDVA-SPOKANE VETERAN'S HOME,<br><br>            Defendant. | NO. CV-08-265-EFS<br><br>**ORDER DISMISSING CASE** |

On October 9, 2008, the Court entered an Order Requiring Plaintiff to File an Amended Complaint Within 60 Days. (Ct. Rec. 9.) The Court cautioned Plaintiff that it would dismiss her action if it did not receive an amended complaint within the specified time. *Id.* at 3. To date, Plaintiff has not filed an amended complaint.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint **(Ct. Rec. 6)** is **DISMISSED**;

2. Judgment shall be entered **with prejudice**;

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER ~ 1

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter
2    this Order and provide a copy to Plaintiff.
3    **DATED** this _____11th_____ day of December 2008.

4

5                          S/ Edward F. Shea
                           EDWARD F. SHEA
6                    United States District Judge

7    Q:\Civil\2008\265.Dismiss.2.wpd

ORDER ~ 2