AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ANTOINETTE V. CROSBY,
        Plaintiff,

v.

WDVA-SPOKANE VETERAN'S HOME,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-265-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed with prejudice pursuant to the Order Dismissing Case, Ct. Rec. 10.

December 11, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas